**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
AMANDA M. MELVIN,

                Plaintiff,

-v-

COMMISIONER OF SOCIAL SECURITY,
                Defendant.
-------------------------------------------------------X

19 **CIVIL** 772 (JPO)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 12, 2020, that the decision of the Commissioner of Social Security be, and hereby is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
        February 13, 2020

                                        **RUBY J. KRAJICK**
                                           Clerk of Court
                                      BY:
                                           Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/13/2020